**BINGHAM SNOW & CALDWELL**
Jedediah Bo Bingham, Nevada Bar No. 9511
Clifford Gravett, Nevada Bar No. 12586
Travis Dunsmoor, Nevada Bar No. 13111
840 Pinnacle Court, Suite 202
Mesquite, Nevada 89027
(702) 346-7300 phone
(702) 346-7313 fax
mesquite@binghamsnow.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE GOODWIN, an individual,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>MATTHEW JOHN, an individual; VALLEY INN MOTEL; MVJ CAR WASH & LAUNDROMAT; MV JOHN CORPORATION,<br><br>Defendants/Counterclaimants. | **STIPULATION AND ORDER REGARDING BRIEFING ON RENEWED MOTION TO DISMISS**<br><br>CASE NO: 2:19-CV-01642<br><br>DEPT. NO: 13 |

The parties through their respective counsel of record hereby stipulate and agree as follows:

Defendants' Renewed Motion to Dismiss was filed on November 7, 2019;

Plaintiff's Opposition was filed on November 21, 2019;

Defendants' Reply in Support of the Renewed Motion to Dismiss is due on November 29, 2019;

No hearing date on the Renewed Motion to Dismiss has yet been set.

1

Wherefore the parties hereby stipulate and agree that Defendants' Reply in Support of the Renewed Motion to Dismiss shall be due December 3, 2019.

IT IS SO STIPULATED.

Dated this 27th day of November, 2019.

| **BINGHAM & SNOW & CALDWELL** | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** |
|---|---|
| /s/ Travis Dunsmoor (signed electronically) | /s/ A. Jill Guingcango (signed electronically) |
| Jedediah Bo Bingham, Nevada Bar No. 9511 | Bradley Schrager, Nevada Bar No. 10217 |
| Clifford Gravett, Nevada Bar No. 12586 | Daniel Bravo, Nevada Bar No. 13078 |
| Travis Dunsmoor, Nevada Bar No. 13111 | A. Jill Guingcango, Nevada Bar No. 14717 |
| 840 Pinnacle Court, Suite 202 | 3556 E. Russell Road, 2nd Floor |
| Mesquite, Nevada 89027 | Las Vegas, NV 89120-2334 |

**ORDER**

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
Dated: November 27, 2019.