# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIE GOODWIN, | Case No. 2:19-cv-01642-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| MATTHEW JOHN, ET AL., | |
| Defendants. | |

This matter is before the Court on Defendants' First Motion to Extend Time (ECF No. 25), filed on March 23, 2020.

Given the global COVID-19 pandemic, it is hardly surprising that Defendants request an extension of all discovery deadlines due the current social distancing mandate. What is surprising to the Court is that Defendants indicate that Plaintiff's Counsel was contacted to stipulate to an extension and he refused without any explanation. Accordingly, Plaintiff objected to what appears to be a realistic and common-sense motion to reschedule the discovery deadlines. If the Motion is correct, then Plaintiff wants to push forward with the discovery deadlines even though it is not clear when the parties will be able to safely resume depositions (or when it will be safe to travel by air, to return to work or to get closer than six feet to anyone).

Rather than guess at Plaintiff Counsel's motivation, the Court will require Plaintiff's Counsel to file a response by April 2, 2020 explaining (1) whether he did, in fact, oppose the motion to reschedule the discovery deadlines, and (2) all the reasons justifying his opposition (assuming that he did actually advise Defense Counsel that he opposes the motion). If Plaintiff's Counsel opposed the motion, then he is best advised to provide a comprehensive and rational explanation. Before filing this response, though, Plaintiff's counsel may want to brush up on the concepts of compassion, equity, flexibility, respect, social conscience, and civility. No reply is

needed absent further Court order.  To the extent that Plaintiff's Counsel withdraws his objection to the discovery extension request, then the parties' may file a stipulation and withdraw Motion (ECF No. 25).

IT IS THEREFORE ORDERED that Plaintiff's Response to Defendants' Motion to Extend Time (ECF No. 25) is due on April 2, 2020.

IT IS FURTHER ORDERED that the Response must contain the information outlined in this Order.

DATED: March 31, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE