# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIE GOODWIN, | Case No. 2:19-cv-01642-APG-DJA |
| Plaintiffs, | |
| v. | **ORDER** |
| MATTHEW JOHN, VALLEY INN MOTEL, MVJ CAR WASH & LAUNDROMAT, and MV JOHN CORPORATION, | |
| Defendants. | |

This matter is before the Court on Defense Counsel Bingham Snow & Caldwell's Motion to Withdraw as Attorneys of Record (ECF No. 35), filed on April 20, 2020. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Counsel indicates that irreconcilable differences have arisen over payment of past attorney's fees and future litigation necessitating their withdrawal. The Court will require that Defendant Matthew John notify the Court by June 3, 2020 as to his intent to proceed *pro se* or with other representation. Failure to do so may result in dispositive sanctions

Further, the Court will require that Defendants Valley Inn Motel, MVJ Car Wash & Laundromat and MV John Corporation advise the Court if they will retain new counsel by June 3, 2020 as they must retain new counsel if they intend to continue to litigate this matter. *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Filing a notice of new counsel on or before June 3, 2020 is sufficient to comply with the Court's order. Failure to

respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued against Defendants Valley Inn Motel, MVJ Car Wash & Laundromat and MV John Corporation, including dismissal of this action.

**IT IS HEREBY ORDERED** that Defense Counsel Jedediah Bo Bingham, Clifford Gravett and Travis Dunsmoor of Bingham Snow & Caldwell's Motion to Withdraw as Attorneys of Record (ECF No. 35) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Matthew John shall notify the Court as to whether he intends to proceed *pro se* or retain counsel by **June 3, 2020**.  Failure to notify the Court as to his representation status may subject him to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that Defendants Valley Inn Motel, MVJ Car Wash & Laundromat and MV John Corporation shall have until **June 3, 2020** to advise the Court if they will retain new counsel.  Failure to notify the Court as to their new representation may subject them to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendants to the civil docket and send a copy of this Order to Defendants' last known address:

Matthew John

380 N. Sandhill Blvd.

Mesquite, Nevada 89027

(702) 813-9976

Mvjohncorp93@yahoo.com

DATED:  May 6, 2020

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE