UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE GOODWIN,<br><br>    Plaintiff<br><br>v.<br><br>MATTHEW JOHN, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01642-APG-DJA<br><br>**Order Extending Dispositive Motion Deadline** |

In light of the August 12, 2020 hearing on the pending motions (*see* ECF No. 39),

I ORDER that the August 13, 2020 deadline to file dispositive motions (set in ECF No. 31) is vacated. Dispositive motions will be due 30 days after I rule on the pending motions.

DATED this 31st day of July, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE