**BINGHAM SNOW & CALDWELL**
Jedediah Bo Bingham, Nevada Bar No. 9511
Clifford Gravett, Nevada Bar No. 12586
Travis Dunsmoor, Nevada Bar No. 13111
840 Pinnacle Court, Suite 202
Mesquite, Nevada 89027
(702) 346-7300 phone
(702) 346-7313 fax
mesquite@binghamsnow.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE GOODWIN, an individual, | |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | (First Request) |
| MATTHEW JOHN, an individual; VALLEY INN MOTEL; MVJ CAR WASH & LAUNDROMAT; MV JOHN CORPORATION, | CASE NO: 2:19-CV-01642 |
| Defendants. | DEPT. NO: 13 |

The parties through their respective counsel of record hereby stipulate and agree as follows:

Plaintiff's Motion for Partial Summary Judgment was filed on October 19, 2020.

Defendants' Opposition to said Motion is due November 9, 2020, and Plaintiff's Reply is due November 23, 2020.

No hearing date on the Motion for Partial Summary Judgment has yet been set.

Defendants have requested the opposition deadline be briefly extended due to communication and fee complications between Defendants and their attorneys.

Wherefore the parties hereby stipulate and agree that Defendants' Opposition shall be due November 19, 2020, and Plaintiff's Reply shall be due December 3, 2020.

1

This is the first stipulation for extension of time to file motions.

IT IS SO STIPULATED.

Dated this 3rd day of November, 2020.

| **BINGHAM & SNOW & CALDWELL** | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** |
|---|---|
| /s/ Travis Dunsmoor (signed electronically) | /s/ Jill Guingcangco (signed electronically) |
| Jedediah Bo Bingham, Nevada Bar No. 9511 | Bradley Schrager, Nevada Bar No. 10217 |
| Clifford Gravett, Nevada Bar No. 12586 | Daniel Bravo, Nevada Bar No. 13078 |
| Travis Dunsmoor, Nevada Bar No. 13111 | A. Jill Guingcangco, Nevada Bar No. 14717 |
| 840 Pinnacle Court, Suite 202 | 3556 E. Russell Road, 2nd Floor |
| Mesquite, Nevada 89027 | Las Vegas, NV 89120-2334 |

**ORDER**

**IT IS SO ORDERED**:

_____
United State District Court Judge

DATED:  November 3, 2020

2