**BINGHAM SNOW & CALDWELL**
Jedediah Bo Bingham, Nevada Bar No. 9511
Clifford Gravett, Nevada Bar No. 12586
Travis Dunsmoor, Nevada Bar No. 13111
840 Pinnacle Court, Suite 202
Mesquite, Nevada 89027
(702) 346-7300 phone
(702) 346-7313 fax
mesquite@binghamsnow.com
*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JULIE GOODWIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW JOHN, an individual; VALLEY INN MOTEL; MVJ CAR WASH & LAUNDROMAT; MV JOHN CORPORATION,<br><br>Defendants. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br>(First Request)<br><br>CASE NO: 2:19-CV-01642<br><br>DEPT. NO: 13 |

The parties through their respective counsel of record hereby stipulate and agree as follows:

The Parties' Joint Pre-Trial Order is currently due thirty days after ruling on Plaintiff's Motion for Summary Judgment, or July 21, 2021.

Defendants have requested the Joint Pre-Trial Order deadline be briefly extended due to communication complications between Defendants and their attorneys. A conference between Defendant and his attorneys has been scheduled for July 22, 2021 wherein trial availability will be discussed. Therefore, Defendants request that the deadline for filing the proposed Joint Pre-Trial Order be extended until after Defendants' trial availability is obtained at the scheduled conference.

1

Wherefore the parties hereby stipulate and request the proposed Joint Pre-trial Order deadline be extended by one week and due July 28, 2021.

This is the first stipulation for extension of time to file the proposed Joint Pre-trial Order.

IT IS SO STIPULATED.

Dated this 20th day of July, 2020.

| BINGHAM & SNOW & CALDWELL | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
|---|---|
| /s/ Travis Dunsmoor (signed electronically) | /s/ Jill Guingcangco (signed electronically) |
| Jedediah Bo Bingham, Nevada Bar No. 9511 | Bradley Schrager, Nevada Bar No. 10217 |
| Clifford Gravett, Nevada Bar No. 12586 | Daniel Bravo, Nevada Bar No. 13078 |
| Travis Dunsmoor, Nevada Bar No. 13111 | A. Jill Guingcangco, Nevada Bar No. 14717 |
| 840 Pinnacle Court, Suite 202 | 3556 E. Russell Road, 2nd Floor |
| Mesquite, Nevada 89027 | Las Vegas, NV 89120-2334 |

**ORDER**

**IT IS SO ORDERED**:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 22, 2021

2