# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE GOODWIN,<br><br>    Plaintiff<br><br>v.<br><br>MATTHEW JOHN, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01642-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

I previously ordered the defendants' counsel to show cause why I should not enter contempt sanctions against them and the defendants for violation of my July 28, 2021 order and Local Rule 16-3(b). ECF No. 66.  Based on their response (ECF No. 68), I deem my order satisfied and I will enter no sanctions at this time.

DATED this 8th day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE