**STIPULATION**
ROBERT D. SWEETIN
Nevada Bar #12647
DALLAS A. HARRIS
Nevada Bar #14718
**DAVISON VAN CLEVE, P.C.**
4675 W Teco Ave Suite 230
Las Vegas, Nevada 89118
Tel: (702) 600-9949
Fax: (503) 241-8160
Email: rds@dvclaw.com
Email: dah@dvclaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIE GOODWIN, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW JOHN, an individual; VALLEY INN MOTEL; MVJ CARWASH & LAUNDROMAT; MV JOHN CORPORATION; a Nevada Corporation; and DOES 1-10, inclusive;<br><br>    Defendant. | Case No.: 2:19-cv-01642-APG-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR RESPONSES TO MOTIONS IN LIMINE** |

  COMES NOW Parties to the above-titled action, by and through their counsels of record, and hereby stipulate to continue the deadline for responses to Motions in Limine set for March 11, 2022.

  The deadline to respond to Motions in Limine is currently set for March 11, 2022. To allow Defendant additional time to review the record and resolve an outstanding insurance claim, the Parties have agreed to continue this matter to March 25, 2022.

1

DATED this 17th day of March 2022.

| | |
|---|---|
| By: */s/ Bradley Schrager* | By: */s/ Bob Sweetin* |
| Bradley Schrager, Esq. | Bob Sweetin, Esq. |
| WOLF, RIFKIN, SHAPIRO, | Dallas A. Harris, Esq. |
| SCHULMAN & RABKIN, LLP | DAVISON VAN CLEVE, PC |
| 3773 Howard Hughes Parkway, Suite 590 | 4675 W Teco Ave Suite 230 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89118 |

## ORDER

The Parties' request to continue the deadline for responses to Motions in Limine from the currently scheduled March 11, 2022, to March 25, 2022, is hereby GRANTED.

_March 17, 2022_      _____   _____

Date                                      District Court Judge

2