**SAO**
ROBERT D. SWEETIN
Nevada Bar #12647
DALLAS A. HARRIS
Nevada Bar #14718
**DAVISON VAN CLEVE, P.C.**
4675 W Teco Ave Suite 230
Las Vegas, Nevada 89118
Tel: (702) 600-9949
Fax: (503) 241-8160
Email: rds@dvclaw.com
Email: dah@dvclaw.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JULIE GOODWIN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATHEW JOHN, an individual; VALLEY INN MOTEL; MVJ CARWASH & LAUNDROMAT; MV JOHN CORPORATION, a Nevada Corporation; and DOES 1-10, inclusive; <br><br> Defendants. | Case No.: 2:19-cv-01642-APG-EJY <br><br> **STIPULATION AND ORDER TO CONTINUE DEADLINE AND TO PROCEED IN FRONT OF MAGISTRATE JUDGE ELAYNA J. YOUCHAH** |

COME NOW the Parties to the above-titled action, by and through their counsels of record, and hereby stipulate to continue the deadline for Jury Trial set for April 12, 2022.

The current Jury Trial was set for April 12, 2022, and was recently re-set by the Court to May 9, 2022. The Parties hereby stipulate to transfer the Trial to the first available stack on May 10, 2022, before the Honorable Magistrate Judge Elayna J. Youchah, pursuant to LR IB 2-1 and 28 U.S.C. 636(c), to be conducted as a non-jury bench trial before the Magistrate Judge.

The Parties anticipate the Trial to last three (3) to five (5) days.

1

The Parties would welcome the opportunity to attend a status check with the Magistrate Judge to discuss scheduling issues and Court preferences and protocols for trial.

IT IS SO STIPULATED.

DATED this 5th day of April, 2022.

By: /s/ Bradley Schrager
Bradley Schrager, Esq.
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590
Las Vegas, Nevada 89169

By: /s/ Bob Sweetin
Bob Sweetin, Esq.
Dallas A. Harris, Esq.
DAVISON VAN CLEVE, PC
4675 W Teco Ave Suite 230
Las Vegas, Nevada 89118

### ORDER

The Parties' stipulation and request to transfer the trial to the first available stack before the assigned Honorable Magistrate Judge Elayna J. Youchah on May 10, 2022, and to proceed before the Honorable Magistrate Judge Elayna J. Youchah in the format of a non-jury bench trial, pursuant to LR IB 2-1 and 28 U.S.C. 636(c), is hereby GRANTED.

A bench trial scheduling order shall be issued from the Magistrate Judge in normal course.

IT IS SO ORDERED.

April 6, 2022
Date

_____
District Court Judge