AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Julie Goodwin,

                Plaintiff,

v.

Mathew John, et al.,

                Defendants.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:19-cv-01642-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is in favor of Plaintiff Julie Goodwin, and against Defendants Mathew John, Valley Inn Motel, MVJ Car Wash & Laundromat, MV John Corporation.

Plaintiff is granted attorney fees in the amount of $201,072.50, costs in the amount of $6,620.28, and awarded prejudgment interest in the amount of $11,041.60.

| 8/31/2022 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ Y. Williams |
| | Deputy Clerk |