UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIE GOODWIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW JOHN, an individual; VALLEY INN MOTEL; MVJ CAR WASH & LAUNDROMAT; MV JOHN CORPORATION, a Nevada corporation; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01642-APG-EJY<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motions for Orders Allowing Examinations of Judgement Debtors Mathew John and MV John Corporation. ECF Nos. 139, 140. No response to either Motion was filed.

Under United States District Court for the District of Nevada Local Rule 7-2(d), Mr. John and MV John Corporation's failure to respond to Plaintiff's Motions may be treated by the Court as their consent to the Court granting the Motions. This alone would allow the Court to grant the Motions for debtor exams requested.

Judgment was entered in this case on August 31, 2022. ECF No. 136. Federal Rule of Civil Procedure 69(a)(2), together with procedures set forth by the State of Nevada in Nev. R. Civ. P. 69(a) and NRS 21.210 allow for the Court to order Defendants to appear for judgment debtor examination. Moreover Fed. R. Civ. P. 69(a)(2) allows for the judgment creditor (Plaintiff) to obtain discovery from the judgment debtor.

In light of no opposition to either Motion for Order Allowing Examination of Judgment Debtor,

IT IS HEREBY ORDERED that the Motions for Orders Allowing Examinations of Judgement Debtors Mathew John and MV John Corporation (ECF Nos. 139, 140) are GRANTED.

IT IS FURTHER ORDERED that Mathew John and MV John Corporation **must** appear for judgment debtor examinations on **December 2, 2022 at 10 a.m.** at the offices of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, 3733 Howard Hughes Parkway, Suite 590, Las Vegas, Nevada 89169.

IT IS FURTHER ORDERED that Mathew John and MV John Corporation **must** each produce the following documents to Wolf Rifkin, at the above address, no later than **November 18, 2022**:

1. FINANCIAL RECORDS: All documents and/or files relating to the finances of Judgment Debtor for the last three (3) years, including but not limited to the following (1) tax returns, (2) bookkeeping records, (3) income statements, (4) accounts receivable/payable, (5) financial statements, (6) profit and loss statements (P&L), (7) revenue statements, (8) statements of financial performance, earnings statements or operating statements;

2. FINANCIAL INSTITUTION RECORDS: All statements and cancelled checks for the last three (3) years, from all financial institutions (including banks, credit unions, and brokerages) and including but not limited to checking accounts, savings accounts, retirement accounts, investment accounts, and records of safe deposit boxes);

3. INVESTMENT ACCOUNTS: All statements for the last three (3) years from all brokerage accounts evidencing stocks, bonds, mutual funds, and/or other investments of the Judgment Debtor;

4. DEEDS: Any and all deeds and any and all documents relating to any real property in which Judgment Debtor had any interest, whether ownership or otherwise, during the last three (3) years;

5. CRYPTOCURRENCY: Any and all documents, accounts or statements, relating to any cryptocurrency wallets, hardware, digital, or otherwise;

6. MORTGAGES/DEED OF TRUST: All mortgages or trust deeds and any and all documents relating to any mortgages or trust deeds on real property in which Judgment Debtor may have or had an interest during the last three (3) years;

7. LIENS: All security agreements and/or liens on personal property and any and all documents relating to any records of any interest in any security agreements or liens on personal property held by Judgment Debtor during the last three (3) years;

8. COMMERCIAL PAPER/LOANS: All promissory notes, drafts, bills of exchange, commercial papers, or other instruments and any and all documents relating to any promissory notes, drafts, bills of exchange, commercial papers, or any other instruments in which Judgment Debtor may have or had any interest during the last three (3) years;

9. JOINT VENTURES: All documents relating to any joint ventures, partnerships, or other business enterprises in which Judgment Debtor may have or had any interest during the last three (3) years;

10. OTHER TITLE: Any and all documents relating to any records of any warehouses, receipts, bills of lading, or other documents of title in which Judgment Debtor may have or had any interest during the last three (3) years;

11. POWER OF ATTORNEY: All documents relating to any records of any power of attorney over any stocks, bonds, or other securities in which Judgment Debtor may have or had an interest during the last three (3) years;

12. CLAIMS: Any and all documents relating to any interest Judgment Debtor may have or had in any pending lawsuit or any administrative claim during the last three (3) years;

13. FINANCIAL STATEMENTS: All financial statements issued by Judgment Debtor in the past three (3) years;

14. TAX RETURNS: All state and federal income tax returns filed by Judgment Debtor in the past five (5) years;

15. ACCOUNTS RECEIVABLE: All documents regarding Judgment Debtor's current accounts receivable;

16. TRANSFERS: All documents relating to the transfer of any of Judgment Debtor's assets (worth more than $1,000.00 at any time) within the last five (5) years;

17. DISSOLUTIONS: All documents relating to the dissolution of any of Judgment Debtor's business, including, but not limited to, payments to shareholders, owners, members, etc., during the last five (5) years;

18. OTHER SUPPORT: All documents reflecting monies or support that the Judgment Debtor received from or provided to third parties, unrelated to Judgment Debtor within the last three (3) years;

19. INSURANCE: All insurance policies in Judgment Debtor's name or relating to the Judgment Debtor including auto, home, umbrella, boat, life, term whole, or otherwise, whether purchased by Judgment Debtor or others during the last three (3) years;

20. TRUST DOCUMENTS: All trust documents (including but not limited declarations and certificates of trust) related to the Judgment Debtor whether as a settlor, beneficiary, or trustee, and whether revocable or irrevocable, during the last ten (10) years; and,

21. ENTITY DOCUMENTS: All documents of any and all companies or entities that Judgment Debtor had an interest in during the past three (3) years.

IT IS FURTHER ORDERED that Judgement Debtors are forbidden from disposing of any property that is not exempt from execution.

Dated this 28th day of October, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3