1  BARNEY MCKENNA & OLMSTEAD, P.C.
   ADAM K. ANDERSON – 14342
2  590 West Mesquite Blvd, Suite 202A
   Mesquite, NV 89027
3  Telephone: (702) 346-3100
   Facsimile: (702) 345-4683
4  adam@bmo.law
   *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE GOODWIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW JOHN, an individual; VALLEY INN MOTEL; MVJ CAR WASH & LAUNDROMAT; MV JOHN CORPORATION, a Nevada corporation and Does 1-10, inclusive,<br><br>Defendants. | Case No: 2:19-cv-01642-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants, MATHEW JOHN, VALLEY INN MOTEL, MVJ CAR WASH & LAUNDROMAT and MV JOHN CORPORATION hereby substitute the law firm of BARNEY MCKENNA & OLMSTEAD, P.C. as their attorneys of record in place and instead of the law firm of DAVISON VAN CLEVE, P.C.

DATED this 6th day of December, 2022.

By: _____
MATHEW JOHN, Individually

VALLEY INN MOTEL, MVJ CAR WASH & LAUNDROMAT and MV JOHN CORPORATION

By: _____
MATHEW JOHN, Authorized Agent

DAVISON VAN CLEVE, P.C. hereby agree and consent to the substitution of the law firm of BARNEY MCKENNA & OLMSTEAD, P.C. as the attorneys of record for Defendants

MATHEW JOHN, VALLEY INN MOTEL, MVJ CAR WASH & LAUNDROMAT and MV JOHN CORPORATION in this matter.

DATED this 6th day of December, 2022.

| DAVISON VAN CLEVE, P.C. | DAVISON VAN CLEVE, P.C. |
|---|---|
| By: */s/ Robert D. Sweetin* <br> Robert D. Sweetin <br> Nevada Bar No. 12647 <br> 4675 W. Teco Ave., Suite 230 <br> Las Vegas, Nevada 89118 <br> Telephone: (702) 600-9949 <br> Facsimile: (503) 241-8160 <br> rds@dvclaw.com <br> *Former Attorneys for Mathew John,* <br> *Valley Inn Motel, MVJ Car Wash &* <br> *Laundromat and MV John Corporation* | By: */s/ Dallas A. Harris* <br> Dallas A. Harris <br> Nevada Bar No. 14718 <br> 4675 W. Teco Ave., Suite 230 <br> Las Vegas, Nevada 89118 <br> Telephone: (702) 600-9949 <br> Facsimile: (503) 241-8160 <br> dah@dvclaw.com <br> *Former Attorneys for Mathew John,* <br> *Valley Inn Motel MVJ Car Wash &* <br> *Laundromat and MV John Corporation* |

The law firm of BARNEY MCKENNA & OLMSTEAD, P.C. hereby accepts substitution as attorney of record for Defendants MATHEW JOHN, VALLEY INN MOTEL, MVJ CAR WASH & LAUNDROMAT and MV JOHN CORPORATION in this matter.

DATED this 6th day of December, 2022.

BARNEY MCKENNA & OLMSTEAD, P.C.

By: */s/ Adam K. Anderson*
Adam K. Anderson
Nevada Bar No. 14342
590 West Mesquite Boulevard, Suite 202A
Mesquite, Nevada 89027
Telephone: (702) 346-3100
Facsimile: (702) 345-4683
adam@bmo.law
*Attorneys for Mathew John*
*Valley Inn Motel, MVJ Car Wash &*
*Laundromat and MV John Corporation*

**IT IS SO ORDERED.**

U.S. MAGISTRATE JUDGE

**Dated:  December 6, 2022**