BARNEY MCKENNA & OLMSTEAD, P.C.
ADAM K. ANDERSON – 14342
590 W. Mesquite Blvd., No. 202A
Mesquite NV  89027
Telephone:  (702) 346-3100
Facsimile:  (702) 345-4683
adam@bmo.law
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE GOODWIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW JOHN, an individual; VALLEY INN MOTEL; MVJ CAR WASH & LAUNDROMAT; MV JOHN CORPORATION, a Nevada corporation and Does 1-10, inclusive,<br><br>Defendants. | Case No: 2:19-cv-01642-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE**<br><br>(First Request) |

COME NOW, Defendants, MATHEW JOHN and MV JOHN CORPORATION, by and through their counsel of record, ADAM K. ANDERSON, ESQ. of BARNEY, McKENNA & OLMSTEAD, PC, and Plaintiff, JULIE GOODWIN, by and through her counsel of record, ROYI MOAS, ESQ. of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, and hereby stipulate to extend the deadline to file a response to Plaintiff's Motion for Order to Show Cause filed on November 11, 2022 (ECF No. 156) (hereafter the "Motion").  This is the first stipulation for an extension of filing a response to said Motion.

Presently, a response to the Motion is due by December 6, 2022.  The Parties hereby request an additional 14 days, up to and including Tuesday, December 20, 2022, to file a response. The extension is needed as Defendants have recently retained Adam K. Anderson, Esq. with the Law Offices of Barney McKenna & Olmstead, P.C. to represent

1

them in this case. Defendants' counsel is working with Defendants to provide the Ordered documents (ECF No. 154). Excess time is requested to also allow Defendants' new counsel sufficient time to review the pleadings and details in this case.

DATED this 6th day of December, 2022.

        BARNEY, McKENNA & OLMSTEAD, P.C.

        By: */s/ Adam K. Anderson*
           ADAM K. ANDERSON, ESQ. (SBN 14342)
           590 W. Mesquite Blvd., Ste. 202A
           Mesquite, NV 89027
           Phone: (702) 346-3100
           Email: adam@bmo.law
           *Attorneys for Defendants*

DATED this 6th day of December, 2022.

        WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

        By: */s/ Royi Moas*
           ROYI MOAS, ESQ. (SBN 10686)
           3773 Howard Hughes Parkway,
           Suite 590 South
           Las Vegas, Nevada 89169
           Phone: (702) 341-5200
           Email: rmoas@wrslawyers.com
           *Attorneys for Plaintiff*

**ORDER**

The Parties' request to extend the deadline to submit a response to Plaintiff's Motion for Order to Show Cause (ECF No. 156) from December 6, 2022 to December 20, 2022, is hereby GRANTED.

        IT IS SO ORDERED.

        _____
        UNITED STATES MAGISTRATE JUDGE

        DATED: December 6, 2022