1  BRADLEY SCHRAGER, ESQ. (SBN 10217)
   ROYI MOAS, ESQ. (SBN 10686)
2  DANIEL BRAVO, ESQ. (SBN 13078)
   **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3  3773 Howard Hughes Parkway, Suite 590 South
   Las Vegas, Nevada 89169
4  Telephone: (702) 341-5200 / Fax: (702) 341-5300
   Email: bschrager@wrslawyers.com
5  Email: rmoas@wrslawyers.com
   Email: dbravo@wrslawyers.com
6  *Attorneys for Plaintiff*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| JULIE GOODWIN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MATHEW JOHN, an individual; VALLEY INN MOTEL; MVJ CAR WASH & LAUNDROMAT; MV JOHN CORPORATION, a Nevada corporation; and Does 1-10, inclusive;<br><br>Defendants. | Case No.:   2:19-cv-01642-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE EXAMINATIONS OF JUDGMENT DEBTORS MATHEW JOHN AND MV JOHN CORPORATION**<br><br>(Second Request) |
|---|---|

COME NOW, Plaintiff, JULIE GOODWIN ("Plaintiff"), by and through her counsel of record, ROYI MOAS, ESQ. of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, and Defendants, MATHEW JOHN and MV JOHN CORPORATION ("Judgment Debtors"), by and through their counsel of record, ADAM K. ANDERSON, ESQ. of BARNEY, McKENNA & OLMSTEAD, PC, hereby agree and stipulate to continue the Examinations of Judgment Debtors.

WHEREAS, counsel for the Parties are cautiously optimistic that they are nearing a full resolution and payment of the matter and therefore respectfully stipulate to extend the examination of the Judgment Debtors again.

**STIPULATION**

The Parties hereby stipulate to continue the examinations of Judgment Debtors to January 11, 2023 at 11:00 a.m. under the terms of the Order granting Plaintiff's Motion for Order Allowing

Examination of Judgment Debtors (ECF No. 154).

**SO STIPULATED.**

DATED this 20th day of December, 2022.

          **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

          By: ____*/s/ Royi Moas*_____
              BRADLEY SCHRAGER, ESQ. (SBN 10217)
              ROYI MOAS, ESQ. (SBN 10686)
              DANIEL BRAVO, ESQ. (SBN 13078)
              3773 Howard Hughes Parkway
              Suite 590 South
              Las Vegas, Nevada 89169
              Telephone: (702) 341-5200
              Email: bschrager@wrslawyers.com
              Email: rmoas@wrslawyers.com
              Email: dbravo@wrslawyers.com
              *Attorneys for Plaintiff*

DATED this 20th day of December, 2022.

          **BARNEY, McKENNA & OLMSTEAD, P.C.**

          By: */s/ Adam K. Anderson*_____
              ADAM K. ANDERSON, ESQ. (SBN 14342)
              590 W. Mesquite Blvd., Ste. 202A
              Mesquite, NV 89027
               Phone: (702) 346-3100
               Email: adam@bmo.law
              *Attorneys for Defendants/Judgment Debtors*

## ORDER

The Parties' request to continue the examinations of Judgment Debtors Mathew John and MV John Corporation to January 11, 2023 at 11:00 a.m., is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   December 21, 2022